IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA
AT CHARLESTON

UNITED STATES OF AMERICA

v.                          CRIMINAL NO. 2:19-00209

BRANDI MARTIN

## **MEMORANDUM OPINION AND ORDER**

Pending before the court is defendant's motion to continue the trial and all related deadlines for a period of at least forty-five days. (ECF No. 27). In support of defendant's motion and the need for a continuance, counsel for Martin states that he is waiting for the court to rule on Defendant's Motion to Produce. A pretrial motions hearing is currently scheduled for January 13, 2020, at which time the court plans to hear from the parties on defendant's motion to produce. The need to hear from the parties is particularly important because defendant has failed to address the government's assertion that there has been no speedy trial waiver in <u>this</u> case because this indictment is based on conduct not related to the conduct for which she was earlier indicted. For this reason, the pretrial motions hearing will move forward on January 13, 2020, at which time the court will address the motion to produce as well as the motion to continue.

The Clerk is directed to send a copy of this Memorandum Opinion and Order to counsel of record, to the United States

Marshal for the Southern District of West Virginia, and to the Probation Office of this court.

IT IS SO ORDERED this 10th day of January, 2020.

ENTER:

David A. Faber
Senior United States District Judge